UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Standley Brady, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 02-802 (RJL) |
| | ) | |
| Wilson Livingood, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 28th day of September 2006, hereby

**ORDERED** that [#60] Defendant's Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is DISMISSED with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge